ACCEPTED
12-15-00033-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/15/2015 12:10:06 PM
CATHY LUSK
CLERK

## IN THE COURT OF APPEALS

### FOR THE TWELFTH APPELLATE DISTRICT OF TEXAS

**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/15/2015 12:10:06 PM

CATHY S. LUSK
Clerk

|  |  |  |
|---|---|---|
| **IN THE MATTER OF THE ESTATE OF RUBY RENEE BYROM** | § § § § § § § | **CAUSE NUMBER 12-15-00033-CV** |

### SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

**NOW COMES JILL CAMPBELL PENN** in the above styled and numbered cause, and files this motion for the Court to extend the time for filing of the Appellee's Brief pursuant to the Texas Rules of Appellate Procedure and for good cause shows the following:

I.

The Appellee's Brief is currently due in the Court of Appeals on July 17, 2015. Appellant's Brief was filed on May 18, 2015.

II.

Appellee seeks an extension of time until July 31, 2015, to file Appellee's Brief. There has been one previous extension of time granted with regard to the filing of Appellee's Brief.

III.

It has not been possible for Counsel to complete the brief due to:

– preparing for an open plea hearing on June 25, 2015 in Cause Nos. F-15-140-211, F15-141-211, and F-15-930-211;

– in Cause No. 05-15-00799-CV, filing a notice of appeal on June 30, 2015, and other appellate motions on July 9, 2015;

– preparing for a July 1, 2015 hearing in Cause Nos. 15-04677-431 and 2011-71127-431;

– preparing for a July 7, 2015 hearing in Cause No. 15-04168-393;

– assisting with an out-of-state hearing held July 7, 2015, involving significant family violence issues in a case out of the 393rd Judicial District Court;

– in Cause No. 2012-70317-431, filing an emergency motion on July 1, 2015, seeking emergency relief on July 2, 2015, and preparing for a July 15, 2015 hearing;

– and being out of state for a family wedding July 9-14, 2015.

Counsel has worked on Appellee's Brief throughout this time but seeks additional time to complete said brief.

This motion is made in good faith and is not a dilatory tactic.

**WHEREFORE, PREMISES CONSIDERED**, Jill Campbell Penn prays that the Court grant the Second Motion for Extension of Time to File Appellee's Brief, and that the deadline for filing the brief be extended until July 31, 2015.

Respectfully submitted,

Joseph F. Zellmer
State Bar Number 22258515
620 West Hickory Street
Denton, Texas 76201
Telephone: 940/383-2674
Fax:  940/382-7174


By:_____
    Joseph F. Zellmer
    Lead Counsel for Jill Campbell Penn


I verify that the facts stated above are true.


_____
Joseph F. Zellmer

**SUBSCRIBED AND SWORN TO BEFORE ME**, on this the ___15___ day of July,

2015, to certify which witness my hand and seal of office.



_____
Notary Public, State of Texas

SUNNIE PALMER
Notary Public, State of Texas
My Commission Expires
April 26, 2016

### CERTIFICATE OF CONFERENCE

This is to certify that my staff spoke with Appellant's Counsel Joe Shumate on July 15,

2015,  and he is unopposed to this motion.


_____
Joseph F. Zellmer

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of July, 2015, a true and correct copy of the above and foregoing First Motion for Extension of Time to File Appellee's Brief was served on Joe Shumate, by eservice.

_____
Joseph F. Zellmer